# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** April 06, 2006 |
| **CASE TYPE** N400 Application For Naturalization | **INS A#** A 076 671 628 |
| **APPLICATION NUMBER** LIN*000885130 | **RECEIVED DATE** March 23, 2006 | **PRIORITY DATE** March 23, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

PARAMJEET SINGH
7312 HAWTHORNE AVE
WOODRIDGE IL 60517

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS NAPERVILLE<br>888 SOUTH ROUTE 59<br>#124<br>NAPERVILLE IL 60540 | 04/20/2006<br>11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS NAPERVILLE
888 SOUTH ROUTE 59
#124
NAPERVILLE IL 60540

If you have any questions regarding this notice, please call 1-800-375-5283.

LIFE ACT PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
APR 2 0 2006
APPLICANT COPY

**APPLICATION NUMBER**
LIN*000885130

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COX

Form I-797C (Rev. 01/11/51)

08 C 1096