

U.S. Department of Homeland Security
101 W. Congress Parkway.
Chicago, IL 60605

U.S. Citizenship
and Immigration
Services

March 28, 2007

Paramjeet Singh
7312 Hawthorne Ave
Woodridge, IL 60517

RE: A76671628

Dear Madam/Sir,

Thank you for your follow up inquiry. We regret to inform you that our records still reflect that the FBI name check has not cleared. As you are aware, Citizenship and Immigration Services may not proceed with the adjudication of the application or petition until this is resolved. Cases are checked weekly for results to keep the adjudication process ongoing and timely. Once the results of the FBI name Check are received, a decision on the pending application will be made in an expeditious manner.

Your patience and understanding is appreciated.

Sincerely,

Ruth A. Dorochoff,
District Director

RAD: smp

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COX**

**08 C 1096**