**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1096**

| | |
|---|---|
| PARAMJEET SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, CITIZENSHIP ) | Alien #: 076-671-628 |
| AND IMMIGRANT SERVICES, ) | |
| RUTH DOROCHOFF, in her official ) | |
| capacity as District Director of Chicago ) | |
| District Office, MICHAEL MUKASEY, ) | |
| Attorney General of the United States, ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents ) | |

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COX**

## VERIFICATION

I, PARAMJEET SINGH, hereby verify that to the best of my knowledge and belief all matters contained in the above Petition for Hearing on Naturalization Application are true and correct.

_____
PARAMJEET SINGH

Signed and Sworn before me this 18th day of February, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Yvonne Liberto
Notary Public, State of Illinois
My Commission Exp. 05/08/2008

Dated: 2-18-2008