AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 1096**

SUMMONS IN A CIVIL CASE

PARAMJEET SINGH

7002 0860 0006 9887 8791

CASE NUMBER:

V.

ASSIGNED JUDGE:

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

MICHAEL CHERTOFF, as Secretary of the U.S. Department of Homeland Security
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARPENTER & CAPT, CHTD.
53 W. Jackson, Ste. 1752
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montoya_
(By) DEPUTY CLERK

**February 22, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 02/27/2008 |
| NAME OF SERVER *(PRINT)* Mike Carpenter | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): Served Via Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    02/27/2008      *[signature: mike carpnt]*
                Date                                *Signature of Server*

                                             53 W. Jackson Blvd., Suite 1752, Chicago IL 60604
                                                                *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.