FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARAMJEET SINGH,<br><br>    Petitioner,<br><br>v.<br><br><br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRANT SERVICES, RUTH DOROCHOFF, in her official capacity as District Director of Chicago District Office, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and UNITED STATES OF AMERICA,<br><br>    Respondents | Case Number: **08 CV 1096**<br>Judge: **Der-Yeghiayan**<br>Magistrate Judge: **Cox**<br><br>Alien #: 076-671-628 |

## PROOF OF SERVICE

I, Robert Carpenter, hereby swear or affirm that the Summonses for the below mentioned were served on each respective defendant by the following means:

Defendants:

1. U.S. DHS and U.S. CIS and RUTH DOROCHOFF, in her official capacity as District director of Chicago – Served via certified mail on February 29, 2008.

2. MICHAEL CHERTOFF, as Secretary of the U.S. DHS – Served via certified mail on March 03, 2008.

3. MICHAEL MUKASEY, as Attorney General of the United States: Served via certified mail on March 03, 2008.

1

    4.    PATRICK FITZGERALD, the U.S. Attorney General - by personal service at 219 S. Dearborn, 5th Floor, Chicago, IL, on February 27, 2008

1

2

3                                       Robert Carpenter

4

5

6

7

8 CARPENTER & CAPT, CHTD.
9 Attorneys for Petitioners
53 W. Jackson Blvd., Ste. 1752
10 Chicago, IL  60604
(312) 803-5110
11 Attorney Registration # (IL): 6210049

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                  2

27