FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARAMJEET SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, CITIZENSHIP ) <br> AND IMMIGRANT SERVICES, ) <br> RUTH DOROCHOFF, in her official ) <br> capacity as District Director of Chicago ) <br> District Office, MICHAEL MUKASEY, ) <br> Attorney General of the United States, ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondents ) | Case Number: 08 C 1096 <br><br> Alien #: 076-671-628 <br><br> Judge Der Yeghiayan |

## JOINT STATUS REPORT

NOW COMES the Plaintiff, PARAMJEET SINGH, by and through his attorneys, CARPENTER & CAPT, CHTD., and hereby submits the following Joint Status Report agreed upon by Counsel for the Government:

This matter involves a claim grounded in a petition for hearing pursuant to 8 U.S.C. §1447(b). Plaintiff alleges that the Government has neglected to decide his case where more than 120 days have elapsed after the date his examination took place with the Government. Plaintiff was interviewed on his application for naturalization on March 23, 2006. As of this writing no decision has been rendered in the case.

Prior to the filing of this lawsuit, the Plaintiff was last fingerprinted on April 20, 2006. Plaintiff's Counsel has had several discussions with Counsel for the Government,

one of which seems to have resulted in the Plaintiff being fingerprinted again. This is an important step in resolving the matter insofar as the fingerprints last taken had expired at the time the suit was filed. Plaintiff was re-fingerprinted by the Government on March 18, 2008.

No Motions to Dismiss or Motions for Summary Judgment have been filed.

Both parties agree that the most prudent course of action at this point is to continue the matter for 60 days in the hope that the most recent fingerprints will clear and a decision will be rendered. Counsel for the Government has sent another electronic inquiry on the status of the case this week as well.

Plaintiff's Counsel will not be able to attend the hearing currently set for Wednesday, April 30, 2008 because he will be attending an oral argument on behalf of a client in front of the Sixth Circuit Court of Appeals in Cincinnati, Ohio on April 29, 2008. The caption of that case is H. Parlak v. Mukasey, 07-3337. His travel plans will not bring him back to Chicago until later in the day on Wednesday, April 30, 2008.

Respectfully Submitted,

/s/ Robert Carpenter
Robert Carpenter
One of Plaintiff's Attorneys

CARPENTER & CAPT, CHTD.
Attorneys for Plaintiff
53 W. Jackson Blvd., Ste. 1752
Chicago, IL 60604
t (312) 803-5110
f (312) 803-5112
e c&clawyers@carpenterandcapt.com
IL Attorney Registration #: 6210049

FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARAMJEET SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 08 C 1096 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, CITIZENSHIP ) | Alien #: 076-671-628 |
| AND IMMIGRANT SERVICES, ) | |
| RUTH DOROCHOFF, in her official ) | |
| capacity as District Director of Chicago ) | |
| District Office, MICHAEL MUKASEY, ) | |
| Attorney General of the United States, ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, ROBERT CARPENTER, attorney for Plaintiff, hereby certify that on April 23, 2008, the attached Joint Status Report was electronically filed and served by hand delivery to:

Patrick Walter Johnson
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Robert Carpenter
One of Plaintiff's Attorneys

Attorneys for Plaintiff
CARPENTER & CAPT, CHTD.
18605 U.S. Highway 12
New Buffalo, MI 49117

53 W. Jackson, #1752
Chicago, IL 60604
(312) 803-5110
IL ARDC# 6210049