UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Paramjeet Singh

Plaintiff,

v.

Case No.: 1:08−cv−01096

Honorable Samuel Der−Yeghiayan

United States Department of Homeland Security, Citizenship and Immigrant Services

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Based on Plaintiff's Counsel's representations in the joint status report that rescheduling of the status hearing would help in the resolution of the matter, the initial status hearing is reset to 07/30/08 at 9:00 a.m. Initial status hearing set for 04/30/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.