FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PARAMJEET SINGH,  )
  )
  )
    Petitioner,  )
  )
v.  )   Case Number: **08 CV 1096**
  )   Judge Der-Yeghiayan
  )   Magistrate Judge Cox
UNITED STATES DEPARTMENT OF  )
HOMELAND SECURITY, CITIZENSHIP  )   Alien #: 076-671-628
AND IMMIGRANT SERVICES,  )
RUTH DOROCHOFF, in her official  )
capacity as District Director of Chicago  )
District Office, MICHAEL MUKASEY,  )
Attorney General of the United States,  )
MICHAEL CHERTOFF, Secretary of the  )
Department of Homeland Security, and  )
UNITED STATES OF AMERICA,  )
  )
    Respondents  )

## STIPULATION TO DISMISS

Pursuant to settlement between parties, the undersigned agree to dismiss this matter without prejudice.

_____
Robert Carpenter
One of Petitioner's Attorneys

_____
Patrick Johnson
Assistant U.S. Attorney
for Defendants

Carpenter & Capt, Chtd.
53 W. Jackson
Suite 1752
Chicago, IL 60604
(312) 803-5110
ARDC #: 6210049