## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1096 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Paramjeet Singh vs. United States Department of Homeland Security, Citizenship and Immigrant Services, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation to dismiss [16], the instant action is hereby dismissed without prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mw |
|---|---|---|